# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LOUAY M. AWADH

Plaintiff

CIVIL ACTION

V.

NO. **1:15-cv-13993-DJC**

TOURNEAU, INC.

Defendant

August 4, 2017

### Mr. Awadh's Motion to Request Securing Tourneau's Funds
### Due to several Sources of Reports revealed Tourneau Having
### Trouble Finding a Buyer to be acquired as a Pre-Packaged Bankruptcy

Plaintiff Mr. Louay M. Awadh hereby submits this Motion to secure $15 million of Tourneau's funds for his case. Several reports revealed that Tourneau is looking for a buyer since January 2017. According to New York Post, "*Tourneau is trying to sell itself to a buyer who would likely acquire the watchmaker in a pre-packaged bankruptcy*", the source said. See **EXHIBIT B**. One of the reports mentioned that two of Tourneau's stores; TimeMachine flagship at 57th Street and Madison Ave in New York generates approximate $40 million in annual revenue, according to New York Post's report. See also **EXHIBIT B**. Mr. Awadh has legitimate concern. If Tourneau fails to find a buyer(s), it would properly file for other legal business action.

Mr. Awadh's discrimination case involved what he elaborated his claims in details in **Document # 1, Document # 50, Document # 56, Document # 58, Document # 59 and Document # 61**. In addition, his new claims in **Document # 61** which involves fraud, tampering and fabricating his personal records, pretext statements, intentional harm or tortuous conduct as an allegation.

Mr. Awadh provides the sources which referred to one clear conclusion "Tourneau is still looking for a buyer." "So far no buyers have come forward for the 116-year-old company", the newspaper said. See **EXHIBIT I**. Mr. Awadh includes his references where they are attached as **EXHIBIT A, EXHIBIT B, EXHIBIT C, EXHIBIT D, EXHIBIT E, EXHIBIT F, EXHIBIT G, and EXHIBIT H** and **EXHIBIT I**.

For the reason explained herein Mr. Awadh request the Respected Court to secure the amount of $15,000,00.

Thank you.

Respectfully submitted,

Signature _____

Louay Awadh

PO. Box 230046

Boston, MA. 02123-0046

(617) 419-6952